```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   LLOYD A. ROY,
11              Petitioner,           No. CIV S-06-1756 DFL PAN P
12        vs.
13   J. DOVEY,
14              Respondent.           ORDER
15   _____/
```

16　　　　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17 habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma

18 pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

19 Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20 a request to proceed in forma pauperis or submit the appropriate filing fee.

21　　　　　　　In accordance with the above, IT IS HEREBY ORDERED that:

22　　　　　　　1. Petitioner shall submit, within thirty days from the date of this order, an

23 affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24 petitioner's failure to comply with this order will result in the dismissal of this action; and

25 /////

26 /////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/004
roy1756.101a